**Electronically Filed
Supreme Court
SCWC-13-0002549
19-MAR-2014
09:35 AM**

SCWC-13-0002549

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

BONNIE L. MEDEIROS,
Respondent/Claimant-Appellee,

vs.

EAN HOLDINGS, LLC,
Petitioner/Employer-Appellant,

and

FIDELITY AND GUARANTY INSURANCE/YORK RISK
SERVICES (formerly AVIZENT),
Petitioner/Insurance Carrier/Third-Party Administrator-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-13-0002549; AB 2010-375(M) (7-10-00485))

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, and Pollack, JJ., and
Circuit Judge Kim, in place of Acoba, J., recused.)

The application for a writ of certiorari, filed on
February 12, 2014, is hereby rejected.

DATED: Honolulu, Hawaiʻi, March 19, 2014.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Glenn J. Kim

